478 A.2d 85

Placos v. Dumestre, Appellant.

 Argued November 1, 1983. Linus E.
Fenicle, for appellant; Harold Tull, for appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

Reversed and remanded.

Jurisdiction is relinquished.